# DECISIONS IN CASES NOT REPORTED.

## THIRD DEPARTMENT, FEBRUARY TERM, 1890.

### Decisions handed down, February 4, 1890.

Stephen Van Rensselaer, Respondent, v. John J. Shafer, Appellant — Order reversed, with ten dollars costs and printing disbursements and motion denied. Opinion by Learned, P. J.

The People of the State of New York *ex rel.* The Delaware and Hudson Canal Company, Respondent, v. John Ganley and others, Assessors, Appellants.— Order affirmed, with costs and disbursements against appellants personally. Opinion by Learned, P. J.; Fish, J., taking no part.

Jonathan A. Betts, Appellant, v. The Village of Gloversville, Respondent.—Judgment affirmed, with costs. Opinion by Landon, J.

Ann Keane, Respondent, v. The Village of Waterford, Appellant — Judgment and order affirmed, with costs. Opinion by Landon, J.

John J. Olcott and others, Respondents, v. John Erwin and others, Appellants. — Judgment affirmed, with costs Opinion by Landon J.; Learned, P. J., takes no part.

Catharine Diefendorf, Appellant, v. Mariah Diefendorf and others, Respondents. — Judgment reversed, new trial granted, costs to abide event. Opinion by Learned, P. J.; Fish, J., taking no part.

John Rousseau, Administrator, etc., Appellant, v. Jennie Bleau and others, Respondents. — Judgment reversed, new trial granted, costs to abide event. Opinions by Landon, J., and Learned, P. J.

Cornelius Fonda, Appellant, v. Edward N. Lape and others, Respondents. —Judgment reversed, new trial granted, costs to abide event. Opinion by Landon, J.; Fish, J., taking no part.

Henry L. Gladding, Appellant, v. Alice S. Gladding, Respondent, Impleaded, etc.— Judgment affirmed, with costs. Opinion by Learned, P. J., and by Fish, J., dissenting.

### Decisions handed down February 24, 1890.

In Matter of Estate, Appellant, of Lewis Depuy, Respondent. — Motion for reargument and for ·leave to go to Court of Appeals, denied.

Maggie Tyriell v. James York. — Motion to dismiss appeal. Motion denied. (No opinion written.)

Matter of City of Amsterdam.—Order amended. 1. By affirming appraisement of damages. 2. By stating that the reversal of that part of the Special Term order which sent the matter back to commissioners, was made on the ground that the statute in question did not provide for notice to the parties to be assessed, and was therefore illegal.

Marvin Lane, Respondent, v. The Town of Hancock, Appellant. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Learned, P. J.; Mayham, J., not acting.

In Matter of Estate, Appellant, of Lewis Depuy, Respondent — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Learned, P. J.

Alexander C. Morrison, Receiver, Appellant, v. Edward J Maxwell and others, Respondents.— Cause stricken from calendar, with ten dollars costs. (No opinion written.)

Catharine E. Deerman, Respondent, v. Gardine Smith, Appellant. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Amos Potter, Respondent, v. Abram F. Gates, Appellant.— Judgment affirmed, with costs. Opinion by Learned, P. J.

John Campbell and others, Appellants v. William D. Perry. Respondent. —Judgment affirmed, with costs. Opinion by Learned, P. J.

Bernard Kelly, Appellant, v. The New York Central and Hudson River Railroad Company. Respondent. — Judgment reversed, new trial granted, costs to abide event. Opinion by Learned, P. J.; Mayham, J., not acting.

The People of the State of New York *ex rel.* Albany Land Improvement, etc., Company, v. Edward A. Maher and others.—Determination affirmed, with fifty dollars costs and disbursements. Opinion by Landon, J.

John Jarrard v. Randell M. Bissell and Nathan Lapham.—Motion to go to the Court of Appeals denied.

The People of the State of New York *ex rel.* Libbie E. Healey, Appellant, v. Commissioner of Excise, Respondent. — Disbursements allowed on settlement of orders. (No opinion written.)

Alice Grace, Respondent, v. Archibald W. Gilchrist, Appellant.—Judgment affirmed, with costs. Opinion by Learned, P. J.

John Avery, Appellant, v. Manly B. Mattice, Respondent.—Judgment affirmed, with costs. Opinion by Landon, J.

James Thompson v. Clarence R. B. Fuller.— Motion to modify order denied. (No opinion written.)

Matter of Application of John McCall, Respondent, v. The Village of Saratoga Springs, Appellant.— Order affirmed, with ten dollars costs and printing disbursements. Opinion by Landon, J.

William L. Finger, Respondent, v. The City of Kingston, Appellant.—Order refusing to strike out parts of complaint affirmed, with ten dollars costs and printing disbursements. Order granting injunction reversed, with ten dollars costs and printing disbursements, and motion for injunction denied, with ten dollars costs. Opinion by Landon, J.; Mayham, J., not acting.

Matter of Dissolution of The Brunswick Manufacturing Company, Mortgagees, Appellants, Receiver, Respondent. — Order modified by striking out the words "directed" and by requiring undertaking of $1,000 to secure costs. (No opinion written.)

Elmer J. Albert, Respondent, v. Elnathan Sweet and others, Appellants.— Order affirmed, with costs and disbursements. Opinion by Learned, P. J.

Harriet H. Vilas, Administratrix, Appellant, v. Peter Butler and others, Respondents — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Learned, P. J.

Stacia Cullen, Administratrix, Respondent, v. Frederick O. Norton, Appellant.—Judgment and order affirmed, with costs. Opinion by Landon, J.

John Gibbons, Respondent, v. Edward P. Van Alstyne, Appellant. —Judgment of County Court affirmed, with costs. Opinion by Fish, J.